ANDREW PACIFICO, APPELLANT, v. CARPENTER STEEL
CO., RESPONDENT.

Submitted October 25, 1946—Decided January 17, 1947.

For the appellant, *Laurence Semel.*

For the respondent, *James J. Carroll.*

Per Curiam.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Donges, Colie, Wachenfeld, Eastwood, Wells, Rafferty, Dill, Freund, McLean, JJ. 12.

*For modification*—Heher, McGeehan, JJ. 2.